■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS BROWN, Appellant. [619 NYS2d 649] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Miller, J.), rendered June 18, 1990, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that comments by the prosecutor during his summation constituted reversible error is unpreserved for appellate review *(see,* CPL 470.05 [2]). In any event, the challenged comments were within the bounds of permissible rhetorical comment afforded counsel during summation *(see, People v Ashwal,* 39 NY2d 105; *People v Miller,* 183 AD2d 790; *People v Wilson,* 173 AD2d 751).

The issue of the legal sufficiency of the evidence is not preserved for appellate review *(see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

Finally, there is no merit to the defendant's claim that his sentence was harsh or excessive *(see, People v Suitte,* 90 AD2d 80). Ritter, J. P., Santucci, Friedmann and Goldstein, JJ., concur.